J S - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY SANDERS, | CASE NO. 2:23-cv-05047-JLS-AS |
| Plaintiff, | |
| v. | **JUDGMENT OF DISMISSAL** |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
| Defendants. | |

1    On November 8, 2023, the Court issued an order dismissing Plaintiff's complaint
2 without leave to amend. (Order, Doc. 31.) Accordingly, a JUDGMENT OF DISMISSAL
3 is hereby entered.

5 DATED: November 9, 2023

6 _____
7 HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE